IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMONIQUE JORDAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3633 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of September, 2018, upon consideration of Plaintiff Domonique Jordan's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7), his Complaint (ECF No. 2), and his filing docketed as "Affidavit of Claim Annexation" (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons discussed in the Court's Memorandum.

4. Jordan is given leave to file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all of the defendants in the caption, must clearly state the basis for Jordan's claims against each defendant, and must clearly allege the basis for the Court's jurisdiction. Individuals or entities who are not identified in the caption as defendants may not be treated as defendants. Any amended complaint shall not raise claims against the Commonwealth, pursue claims that are barred by judicial or prosecutorial immunity, or raise claims under the Treaty of Peace and Friendship. Any amended complaint shall be a complete document that states the basis for Jordan's claims without relying on other documents

or pleadings filed in this case to state a claim. If Jordan files an amended complaint, the Clerk shall not make service until so **ORDERED**.

     5. The Clerk of Court is **DIRECTED** to send Jordan a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Jordan may use this form to prepare his amended complaint.

     6. If Jordan fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**MITCHELL S. GOLDBERG, J.**